IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Boland Marine & Industrial, LLC, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO.: 1:20-cv-101-UNA |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Bouchard Transportation Co., Inc., et al., § | |
| § | |
| Defendant and Garnishees. § | |

## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of J. Stephen Simms to represent Boland Marine & Industrial, LLC.

YOUNG CONAWAY STARGATT & TAYLOR LLP

 */s/ Timothy Jay Houseal*
_____
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-3267
thouseal@ycst.com

*Attorneys for Boland Marine & Industrial, LLC*

Dated:  January 23, 2020

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                    _____
                                   United States District Judge

25929955.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _X__ to the Clerk of Court (paid 1/8/2020, receipt #0311-2819560), or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 23, 2020.

Signed: _____
J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 250
Baltimore, Maryland 21030
(410) 783-5795
jssimms@simmsshowers.com